

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com
SBraverman@FBDMLaw.com

December 30, 2022

Granted.
So ordered.
12/30/2022

*[Signature]*
J. PAUL OETKEN
United States District Judge

Hon. J. Paul Oetken
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:     *United States v. David Goran (ZUBAID)*
Dkt.:   22 Cr 650 (JPO)

Dear Judge Oetken:

    I am the attorney for David Goran. On December 16, 2022, I appeared with my client before Hon. James L. Cott, USMJ, for presentment and arraignment. [Dkt entries 17 and 18]. Mr. Goran was released on consent of the Government with conditions by the court. Several of those conditions were to be completed by today, however, due to scheduling issues, they cannot be completed today. I therefore request an order that the conditions due to be completed by today now must be completed by January 6, 2023. I have spoken with AUSA Benjamin Klein and the Government has no opposition to this request.

    I thank the Court for its consideration. Should the Court have any questions, I am available at any time.

                               Samuel M. Braverman, Esq.
                               Fasulo Braverman & Di Maggio, LLP
                               225 Broadway, Suite 715
                               New York, New York 10007
                               Tel. 212-566-6213

Cc:     All Parties by ECF