# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Samuel M. Braverman, Esq.
sbraverman@andersonkill.com
212-278-1008

March 23, 2024

Hon. J. Paul Oetken
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. David Goran* (Zubaid)
    Dkt:   22 Cr. 650 (JPO)

Dear Judge Oetken:

    I represent Mr. David Goran in the above referenced matter. Mr. Goran is currently released on a bond package that allows him to live in his district of residence (MDCA) and to appear in this district as required. I now make an application for him to travel on two different occasions:

1. Mr. Goran and his wife wish to travel to the State of Utah between April 2-15 for vacation, and
2. Mr. Goran wishes to travel to the State of New Hampshire between June 13-16 for his 35th college reunion.

    I have spoken with A.U.S.A. Emily Deininger and the Government has no objection to this request so long as Mr. Goran provides his itinerary in advance to Pretrial Services and checks back in with PTS upon his return to his district of residence.

    I thank the Court for its consideration.

Granted
So ordered.
3/25/2024

Respectfully submitted,

*Sam Braverman*
Samuel M. Braverman
Attorney for David Goran

J. PAUL OETKEN
United States District Judge