

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 15, 2024

**BY ELECTRONIC MAIL AND ECF**

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. David Goran**, 22 Cr. 650 (JPO)

Dear Judge Oetken:

With the consent of the defense, the Government writes to respectfully request an adjournment of the defendant's sentencing control date, which is currently scheduled for Friday, November 15, 2024.  As the Court is aware, the defendant testified at the trial of co-defendant Martin Mizrahi pursuant to a cooperation agreement.  The Government believes that Mr. Goran's cooperation is now complete.  Accordingly, we respectfully request that the Court order the Probation Office to prepare a Presentence Investigation Report, and schedule a sentencing hearing to occur at a date of the Court's convenience, except for certain dates for which defense counsel has conflicts based on his trial schedule.  The Government understands that defense counsel has trials scheduled for the first two weeks of February and the month of March.

> Granted.  The U.S. Probation Department is hereby directed to prepare the Presentence Investigation Report.
> Sentencing is hereby scheduled for February 24, 2025, at 12:00 PM.
> The Government's sentencing submission shall be filed by February 10, 2025, and the Defendant's by February 17, 2025.
> So ordered.
> 11/15/2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:  /s/
   Emily Deininger
   Benjamin Klein
   Assistant United States Attorneys
   (212) 637-2472 / (914) 993-1908

_____
J. PAUL OETKEN
United States District Judge