UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>DAVID GORAN,<br><br>Defendant. | 22-CR-650-2 (JPO)<br><br>ORDER |

J. PAUL OETKEN, United States District Judge:

It is hereby ordered that the Superseding Information (S1), Waiver of Indictment, and minute entry from the November 14, 2024 change of plea hearing be unsealed and placed on the public docket.

SO ORDERED.

Dated: March 18, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge