UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                          22-CR-650-2 (JPO)

DAVID GORAN,                                 ORDER
                        Defendant.

J. PAUL OETKEN, District Judge:

Having considered the criteria set forth in 18 U.S.C. § 3583(e), the Court finds that early

termination of supervised release is warranted in this case.  Accordingly, the term of supervised

release imposed on David Goran is hereby terminated and discharged, effective immediately.

SO ORDERED.

Dated: June 16, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge